No. 10–7164.  ETHINGOR *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 10–7205.  GOOCH *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–7305.  ATKINS *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 10–7332.  ASKEW *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–7811.  PULLUM *v.* MCDONALD, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 10–7934.  STEPHENS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 10–7942.  KLUGE *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–8286.  DORITY *v.* ROY, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 10–8354.  CLAY *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–8671.  SALGADO *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–8734.  SANCHEZ-LEDEZMA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–8792.  SANCHEZ ARAGON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 10–8846.  NOAH *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–8926.  DUNSON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–9053.  SERRATO MANCERA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–9085.  SPENCER *v.* ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.